**Opinion issued November 20, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00663-CV

————————————

**KELSEY-SEYBOLD MEDICAL GROUP, PLLC D/B/A KELSEY-SEYBOLD CLINIC, Appellant/Cross-Appellee**

**V.**

**GREAT-WEST HEALTHCARE OF TEXAS, INC., Appellee/Cross-Appellant**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2007-00166**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss these appeals. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeals. *See* TEX. R. APP.

P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.